O. M. BRITT v. CAROLINA & NORTHERN RAILROAD COMPANY.

Per Curiam. The defendant comes into court and declares that since the petition to rehear was docketed, the cause of action has been settled and discharged, and asks leave to withdraw the petition to rehear.

Thereupon it is ordered that the petition to rehear be dismissed without prejudice.

STATE v. THOMAS MOSES, Appellant.

Per Curiam. It appearing that defendant has broken jail and is still at large, the appeal is dismissed. *State v. Jacobs*, 107 N. C., 772; *State v. Keebler*, 145 N. C., 560.

S. R. FOWLE & SON v. ALEX MITCHELL et als.

Per Curiam. Motion to docket and dismiss under Rule 17. Judgment was rendered 31 July, 1908, continuing a restraining order as an injunction to the hearing. Notice of appeal was served 6 August. No case on appeal is necessary. No transcript has been docketed.

Motion allowed.